PD-0851-15

NO. 1679

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

Rene Escalante
PRO SE

v.

THE STATE OF TEXAS

§
§
§
§
§
§

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1.    The style and number of this case in the Court of Appeals, is Rene Escalante v The State of Texas, Appeal No. 04-14-00382-C          -CR.

2.    The style and number of the case in the trial court is: The State of Texas v Rene Escalante, Cause No. 1679          ; from the 452 ND          District Court of EDWARDS COUNTY, Texas.

3.    The Appellant was convicted of the felony offense of ARSON

4.    Judgment was entered on 4-10-14 and punishment was assessed at 20 years confinement and a fine in the amount of          ∅

5.    The conviction was affirmed in the Court of Appeals on June 10, 2014

COPY

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is __July 10, 2015__

7. An extension of time for a period of sixty (60) days is requested that would make the due date __Sept. 10, 2015__

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to __SEPT 10, 2015__

Respectfully submitted,

[Name]

RENE ESCALANTE
1536 E I-H 10
FORT STOCKTON, TEXAS 79735
# 1939938

COPY

## CERTIFICATE OF SERVICE

I, Rene Escalante, certify that a true and correct copy of the above and foregoing, First Motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, first class, to the 452ND Judicial District Attorney, Tonya Spaeth Ahlschwede, P.O. Box 635, Mason, Texas 76856, SN-12699700, on this the 1st day of July 2015.

_____
Petitioner, Pro Se

I, Rene Escalante, TDCJ# 1939938, being presently incarcerated in the Fort Stockton, N-5 Unit of the Texas Department of Criminal Justice in Pecos County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 1st day of July 2015.

_____
Petitioner Pro Se

COPY